**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
May 13, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JASON MORGAN, Defendant. | CASE NO. 2:21-cr-94 TLN<br><br>18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography]

The Grand Jury charges: T H A T

JASON MORGAN,

defendant herein, on or about December 6, 2020, in the County of Butte, State and Eastern District of California, and elsewhere, did knowingly and intentionally receive one or more visual depictions, to wit, "Screenshot_20201206-230235_Bing.jpg," using a means and facility of interstate commerce and which had been mailed, shipped, and transported in and affecting interstate commerce, by any means including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2).

**FORFEITURE ALLEGATION:** [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant JASON MORGAN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matters which contain any visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of the violation, including but not limited to the following:

    a. Samsung cellular phone with IMEI 357751083415114 and accompanying SD card; and

    b. LG MN-270 Beacon cellular phone.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

INDICTMENT      2

**SEALED**

No. 2:21-cr-94 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

JAMES MORGAN,

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; 18 U.S.C. § 2253 – Criminal Forfeiture

*A true bill,*

Signature on file w/AUSA

--------------------------------
*Foreman.*

Filed in open court this ____13th____ day of ____May____, A.D. 20 _21_

PBuzo
--------------------------------
*Clerk.*

Bail, $ _No Bail Warrant Pending Hearing_

--------------------------------
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

## United States v. Jason Morgan
### Penalties for Indictment

**COUNT 1:**

VIOLATION: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

PENALTIES: Mandatory minimum of 15 years in prison and a maximum of up to 40 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count); $5,000 JVTA (mandatory if the defendant is not found to be indigent)

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. § 2253(a) - Criminal Forfeiture

PENALTIES: As stated in the charging document