# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNSEALED**

USA,

v.

JASON MORGAN,

Case No: **2:21-CR-00094-TLN *SEALED***

**FILED**

MAY 21 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Jason Morgan

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

**Receipt of Child Pornography**

| in violation of Title | **18** | United States Code, Section(s) | **2252(a)(2)** |

| A. Coll | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | **5/13/21**  Sacramento, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at **NO BAIL** | by **Magistrate Judge Deborah Barnes** |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| 5-13-2021 | J. Carrilho  DUSM |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 5/14/21 | *[signature]* |
| Date of Arrest | Signature of Arresting Officer |