IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:21-cr-00094-TLN |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING CJA COUNSEL AFTER FEDERAL DEFENDER IS** |
| JASON MORGAN, | ) ) | **WITHDRAWN** |
| Defendant. | ) ) | |

Upon the defendant's motion and consent, and good cause appearing,

IT IS ORDERED that the Federal Defender is relieved as counsel, and that Timothy Zindel is appointed as CJA counsel effective October 1, 2021

DATED: October 1, 2021

_____
Troy L. Nunley
United States District Judge

Order Appointing Counsel After
Previous Counsel Withdrawn             1