PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JASON MORGAN,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:21-CR-00094-TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: October 14, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 14, 2021.

2. By this stipulation, defendant now moves to continue the status conference until **December 2, 2021**, **at 9:30 a.m.**, and to exclude time between October 14, 2021, and December 2, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has produced discovery in this case, consisting of forensic images of two electronic devices, as well as over 100 pages of reports and other documents prepared by the FBI and the United States Probation Office. Additionally, contraband evidence has been made available for defense inspection.

b)  Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the current charges, discuss potential resolutions with his client, and otherwise prepare for trial.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 14, 2021 to December 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 12, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MIRA CHERNICK
MIRA CHERNICK
Assistant United States Attorney

Dated: October 12, 2021  /s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
JASON MORGAN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

**Dated**: October 12, 2021

_____
Troy L. Nunley
United States District Judge