TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JASON MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-CR-0094 TLN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JASON MORGAN, | ) | |
| Defendant. | ) | Judge:   Hon. Troy L. Nunley<br>Date:    December 2, 2021<br>Time:    9:30 a.m. |

   Plaintiff, United States of America, and defendant, Jason Morgan, hereby stipulate that the status conference scheduled for December 2, 2021, may be continued to February 10, 2022, at 9:30 a.m.

   Defense counsel seeks additional time to conduct a forensic review of the device seized from Mr. Morgan and to do additional investigation bearing on the charge in the indictment.  The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through February 10, 2022, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period of delay results from a continuance granted at the request of the defense and that the ends of justice served by

taking such action outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

                                                      Respectfully Submitted,

Dated:  November 29, 2021          */s/ Tim Zindel*
                                             TIMOTHY ZINDEL
                                             Attorney for JASON MORGAN


                                             PHILIP A. TALBERT
                                             Acting United States Attorney

Dated:  November 29, 2021          */s/ T. Zindel for M. Chernick*
                                             MIRA CHERNICK
                                             Assistant U.S. Attorney

## O R D E R

The status conference is hereby continued to February 10, 2022, at 9:30 a.m.  Time is excluded through that date for the reasons and on the basis set forth above.

      IT IS SO ORDERED.

Dated:  November 29, 2021                        _____
                                                   Troy L. Nunley
                                                   United States District Judge