PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JASON MORGAN,<br><br>                              Defendant. | CASE NO.  2:21-CR-00094-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 10, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 10, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until March 31, 2022, at 9:30 a.m., and to exclude time between February 10, 2022, and March 31, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes forensic images of two electronic devices, as well as multiple documents and reports prepared by the United States Probation Office.  All of this discovery has been produced directly to counsel.

1        b)     Counsel for defendant desires additional time for further investigation, to review

2 discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial

3 motions, and to otherwise prepare for trial.

4        c)     Counsel for defendant believes that failure to grant the above-requested

5 continuance would deny him the reasonable time necessary for effective preparation, taking into

6 account the exercise of due diligence.

7        d)     The government does not object to the continuance.

8        e)     Based on the above-stated findings, the ends of justice served by continuing the

9 case as requested outweigh the interest of the public and the defendant in a trial within the

10 original date prescribed by the Speedy Trial Act.

11        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12 et seq., within which trial must commence, the time period of February 10, 2022 to March 31,

13 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

14 T4] because it results from a continuance granted by the Court at defendant's request on the basis

15 of the Court's finding that the ends of justice served by taking such action outweigh the best

16 interest of the public and the defendant in a speedy trial.

17    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

18 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19 must commence.

20    IT IS SO STIPULATED.

21

22 Dated:  February 3, 2022                 PHILLIP A. TALBERT
                                          United States Attorney

23

24                                   /s/ ALSTYN BENNETT

25                                   ALSTYN BENNETT
                                   Assistant United States Attorney

26

27

28

Dated:  February 3, 2022

/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
JASON MORGAN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of February, 2022.

Troy L. Nunley
United States District Judge