TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JASON MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-0094 TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| JASON MORGAN, | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
|  | ) Date:  May 12, 2022 |
|  | ) Time:  9:30 a.m. |

    Plaintiff, United States of America, and defendant, Jason Morgan, hereby stipulate that the status conference scheduled for May 12, 2022, may be continued to July 28, 2022, at 9:30 a.m.

    Defense counsel seeks additional time to conduct a forensic review of the device seized from Mr. Morgan and to do additional investigation bearing on the charge in the indictment.  The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through July 28, 2022, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period of delay results

/ / / / /

-1-

from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

Dated: May 2, 2022  /s/ Tim Zindel
TIMOTHY ZINDEL
Attorney for JASON MORGAN

PHILIP A. TALBERT
United States Attorney

Dated: May 2, 2022  /s/ T. Zindel for A. Bennett
ALSTYN BENNETT
Assistant U.S. Attorney

**O R D E R**

The status conference is hereby continued to July 28, 2022, at 9:30 a.m.  Time is excluded through that date for the reasons and on the basis set forth above.

IT IS SO ORDERED.

Dated: May 3, 2022

Troy L. Nunley
United States District Judge