```
PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MORGAN,<br><br>Defendant. | CASE NO. 2:21-CR-00094-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 28, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 28, 2022.

2. By this stipulation, defendant now moves to continue the status conference until September 22, 2022, and to exclude time between July 28, 2022, and September 22, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes forensic images of two electronic devices, as well as multiple documents and reports prepared by the United States Probation Office. All of this discovery has been produced directly to counsel.

        b)        Counsel for defendant desires additional time for further investigation, to review discovery for this matter, for expert witness analysis and to consult with his expert witness, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

        c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2022 to September 22, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 25, 2022                                    PHILLIP A. TALBERT
                                                         United States Attorney


                                                         /s/ ALSTYN BENNETT
                                                         ALSTYN BENNETT
                                                         Assistant United States Attorney


Dated:  July 25, 2022                                    /s/ TIMOTHY ZINDEL
                                                         TIMOTHY ZINDEL
                                                         Counsel for Defendant
                                                         JASON MORGAN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of July, 2022

_____
Troy L. Nunley
United States District Judge