TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JASON MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-CR-0094 TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **SCHEDULING TRIAL AND** |
| JASON MORGAN, | ) **EXCLUDING TIME** |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
|  | ) Date:  January 12, 2023 |
|  | ) Time:  9:30 a.m. |

    Plaintiff, United States of America, and defendant, Jason Morgan, hereby stipulate that the status conference scheduled for January 12, 2023, may be vacated, and that the case may be set for trial commencing September 18, 2023, at any hour the Court may set, with a trial confirmation hearing to be scheduled for August 17, 2023, at 9:30 a.m.

    Defense counsel seeks additional time to complete his forensic reviews of devices seized from Mr. Morgan and of extractions done by law enforcement, and to complete additional investigation bearing on the charge in the indictment.  This review will likely continue until the time of trial.  The parties therefore agree, and request, that the Court should exclude time under

the Speedy Trial Act from the date of this order through September 18, 2023, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period of from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                        Respectfully Submitted,

Dated:  January 11, 2023          */s/ Tim Zindel*
                                      TIMOTHY ZINDEL
                                      Attorney for JASON MORGAN

                                      PHILIP A. TALBERT
                                      United States Attorney

Dated:  January 11, 2023          */s/ T. Zindel for A. Bennett*
                                      ALSTYN BENNETT
                                      Assistant U.S. Attorney

**O R D E R**

     The status conference is hereby vacated.  Trial is scheduled for September 18, 2023, at 9:00 a.m,, and trial confirmation hearing is scheduled for August 17, 2023, at 9:30 a.m.  Time is excluded through September 18, 2023, for the reasons and on the basis set forth above.

     IT IS SO ORDERED.

Dated:  January 11, 2023                        _____
                                        Troy L. Nunley
                                         United States District Judge