PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MORGAN,<br><br>Defendant. | CASE NO. 2:21-CR-00094-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 17, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation hearing on August 17, 2023 and jury trial on September 18, 2023. ECF 55. Time was excluded under Local Code T4 for attorney preparation through September 18, 2023. ECF 55.

2. By this stipulation, defendant now moves to continue the trial confirmation hearing until September 14, 2023, at 9:30 a.m., and jury trial until November 13, 2023, at 9:00 a.m., and to exclude time between September 18, 2023, and November 13, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes forensic images of two electronic devices, as well as other investigative reports and

associated documents. All of this discovery has been produced directly to counsel.

  b) Counsel for defendant desires additional time for his expert witness to review the discovery materials, for further investigation, to consult with his expert witness, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2023 to September 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. The parties further request the Court set a Federal Rule of Criminal Procedure 12(b) pretrial motions deadline for September 18, 2023, with any responses due September 28, 2023, and any replies due October 5, 2023.

/ / /

/ / /

/ / /

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 11, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated: August 11, 2023

/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
JASON MORGAN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of August, 2023.

Troy L. Nunley
United States District Judge