PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MORGAN,<br><br>Defendant. | CASE NO. 2:21-CR-00094-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 28, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation hearing on September 28, 2023 and jury trial November 13, 2023. ECF 58. Time was previously excluded under Local Code T4 for attorney preparation through November 13, 2023. ECF 58.

///

///

///

2. By this stipulation, the parties now move to continue the trial confirmation hearing until October 12, 2023, at 9:30 a.m. At that time, the parties expect to confirm for trial on November 13, 2023.

IT IS SO STIPULATED.

Dated:  September 25, 2023
PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated:  September 25, 2023
/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
JASON MORGAN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of September, 2023.

Troy L. Nunley
United States District Judge